**UNITED STATES COURT OF INTERNATIONAL TRADE**

TOMO TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection,

Defendants.

Before: Richard K. Eaton, Judge

Court No. 26-04743

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion to Lift Stay for the Limited Purpose of Resolving Motion for Errata, with the consent of Defendants and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the stay in this action is lifted solely to permit consideration and disposition of Plaintiff's Motion for Errata, ECF No. 7, and implementation of any order granting that motion; and it is further

ORDERED that the stay otherwise remains in effect, and the other provisions of the order entered October 29, 2026, ECF No. 6, remain unchanged.

______________________________
Richard K. Eaton, Judge

Dated: ____________________
New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TOMO TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; and RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection,<br><br>Defendants. | Before: Richard K. Eaton, Judge<br><br>Court No. 26-04743<br><br>**CONSENT MOTION TO LIFT STAY FOR THE LIMITED PURPOSE OF RESOLVING MOTION FOR ERRATA** |

Plaintiff Tomo Technologies, Inc. respectfully moves, with the consent of Defendants, under USCIT Rule 7(b) to lift the stay in this action solely to permit the Court to consider and resolve Plaintiff's pending Motion for Errata, ECF No. 7, and to permit implementation of any order granting that motion.

The order entered October 29, 2026, ECF No. 6, directs reliquidation of certain entries and provides that this action remains stayed except to the extent the order directs specific actions by the parties. Id. at 4. The order also contemplates that a plaintiff requiring further assistance may move to lift the stay and seek appropriate relief. Id. at 3.

On November 16, 2026, Plaintiff filed its Motion for Errata, ECF No. 7, seeking to correct the court number on its Form 13 Corporate Disclosure Statement, ECF No. 4, from 26-04742 to 26-04743. The motion requests no substantive change to the disclosures. After reviewing the proposed errata papers, counsel for Defendants, Justin R. Miller, consented to that relief by email on November 13, 2026.

On November 17, 2026, the Clerk's Office directed Plaintiff to file a motion to lift the stay and identified ECF No. 6 as the applicable stay order.

On November 18, 2026, the Clerk's Office confirmed that Justin R. Miller consents on behalf of the Government to this motion to lift the stay.

Good cause exists for this limited relief. Resolving the pending errata motion will permit correction of the case number on a required disclosure statement and ensure that the record accurately identifies this action. The correction is clerical, has already received Defendants' consent, and requires no adjudication of the merits of Plaintiff's tariff claims. A limited lift will allow the Court to address the pending motion while preserving the stay as to all other matters and leaving the reliquidation provisions of ECF No. 6 unchanged.

For these reasons, Plaintiff respectfully requests that the Court lift the stay solely to consider and dispose of ECF No. 7 and to permit implementation of any order granting that motion, with the stay otherwise remaining in effect.

Respectfully submitted,
Dated: November 18, 2026
/s/ Matthew A. Seligman
Matthew A. Seligman
Grayhawk Law, P.C.
3015 Main Street, Suite 330
Santa Monica, CA 90405
Tel: (310) 571-5993
matthew@grayhawklaw.com
*Counsel for Tomo Technologies, Inc.*